UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR RENE SOLORZANO,<br><br>        Petitioner,<br><br>    v.<br><br>TIM OCHOA,<br><br>        Respondent. | CASE NO. CV 11-10390-ODW (PJW)<br><br>J U D G M E N T |

    Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

    DATED: <u>January 29, 2013</u>

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\SOLORZANO - JUDGMENTwpd.wpd